# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 12, 2015

## NO. 03-14-00671-CV

### Stephen M. Daniels, Appellant

### v.

### Tony R. Bertolino, Appellee

## APPEAL FROM 250TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES GOODWIN, FIELD, AND CARROLL
## AFFIRMED -- OPINION BY JUSTICE CARROLL

This is an appeal from the judgment signed by the trial court on October 21, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.

\* Before Jimmy Carroll, Chief Justice (retired), Third Court of Appeals, sitting by assignment. *See* Tex. Gov't Code § 74.003(b).